**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOSE CORPORATION,<br>Plaintiff,<br>v.<br>MEGA FULLER CORP., et al.,<br>Defendants. | No. 2:25-cv-11493-JAK (MARx)<br>**PERMANENT INJUNCTION AND ORDER RE STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AGAINST TIANJING CUI AND DISMISSAL WITHOUT PREJUDICE (DKT. 32)** |

Based on a review of the Stipulation for Entry of Permanent Injunction and Dismissal Without Prejudice of Defendant Tianjing Cui, Dkt. 32 ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Plaintiff Bose Corporation's claims against Defendant Tianjing Cui ("Defendant") are **DISMISSED** without prejudice. Each party shall bear its own attorney's fees and costs.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant Tianjing Cui is subject to the following Permanent Injunction:

**PERMANENT INJUNCTION**

1. THE TRADEMARK. Plaintiff owns and has the exclusive right to use the following registered trademarks in the United States (collectively, "BOSE Trademarks):

| Mark | Reg. No. Reg. Date | Goods and Services (Summary) |
|---|---|---|
| BOSE | 991271 08/20/1974 | for loudspeaker systems; electrical power processors-namely, power amplifiers, inverters, and battery chargers |
| BOSE | 3863254 10/19/2010 | for batteries, communications headsets for use with communication radios, intercom systems, or other communications network transceivers; headphones; headsets for cellular or mobile phones; microphones |
| BOSE | 5423514 03/13/2018 | for Remote controls for audio or video products, namely, audio speakers, amplifiers, receivers, CD players, MP3 players, audio or video streaming devices, televisions, videocassette players, DVD players, or digital video recorders; Mounts and mounting brackets adapted for audio speakers; Stands adapted for audio |

| Mark | Reg. No. Reg. Date | Goods and Services (Summary) |
|---|---|---|
| | | speakers; Protective cases and covers for loudspeakers and headphones; Computer application software for mobile phones, tablets or other mobile devices, namely, software for controlling devices that enhance or amplify ambient sounds or mask noise; earphone accessories, namely, earphone cushions, earphone pads, and earphone extension cords; headphone accessories, namely, headphone cushions, headphone pads, and headphone extension cords |
| BOSE | 829402 05/30/1967 | for acoustical transducer systems for reproducing sound |
| B | 7517625 09/24/2024 | for batteries; headphones; loudspeakers; microphones; battery chargers; communications headsets for use with communication radios, intercom systems, or other communications network transceivers; downloadable computer application software for mobile phones, tablets or other mobile devices, namely, software for controlling devices that enhance or amplify sounds; headsets for mobile telephones; mounts and mounting brackets adapted for audio speakers with swiveling bases therefor; remote controls for audio or video products, namely, audio speakers amplifiers, receivers, CD players, MP3 players, audio or video streaming devices, televisions, videocassette players, DVD players, or digital video recorders; soundbar speakers; stands adapted for stereos and audio speakers; protective |

| **Mark** | **Reg. No.** **Reg. Date** | **Goods and Services (Summary)** |
|---|---|---|
| | | cases for audio equipment in the nature of loudspeakers and headphones |
| ACOUSTIC NOISE CANCELLING | 2096548 09/16/1997 | for headsets for reducing acoustic noise |
| QUIETCOMFORT | 2539951 02/19/2002 | for audio and video headsets |
| QC | 3355350 12/18/2007 | for headphones and headphone-related accessories, namely, audio cables with built-in microphones and adapters to connect headphones to cell phones |
| SOUNDLINK | 3716864 11/24/2009 | for loudspeaker systems; USB (universal serial bus) hardware |
| STAYHEAR | 3878139 11/16/2010 | for headphones, headsets, accessories for headphones and headsets, namely removable soft tips for insertion of headphones in the ear |

2. PERMANENT INJUNCTION. Defendant Cui, including any and all her agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

A. copying, manufacturing, importing, exporting, marketing, sale, offering for sale, distributing, refurbishing, or dealing in any product or service that uses, or otherwise making any use of, any of the BOSE Trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of the BOSE Trademarks, whether such use is as, on, in or in connection

with any trademark, service mark, trade name, logo, design, patent, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any products or services;

B. performing or allowing others employed by or representing Defendant, or under her control, to perform any act or thing which is likely to injure Plaintiff BOSE, the BOSE Trademarks, and/or Plaintiff BOSE's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff BOSE or its products;

C. advertising or displaying images and/or photographs of non-genuine products using the BOSE Trademarks;

D. advertising or displaying images and/or photographs of non-genuine BOSE-related products using any of the BOSE Trademarks;

E. using the BOSE Trademarks in advertising to suggest that non-genuine or refurbished products being advertised are sponsored by, endorsed by, or are otherwise affiliated with Plaintiff BOSE and/or advertising non-genuine or unauthorized products using descriptions that imply that the products are genuine BOSE®-related products;

F. engaging in any acts of federal and/or state trademark infringement, false designation of origin, dilution, unfair business practices under California law, unfair competition, or other act which cause damage or injure Plaintiff BOSE or infringe upon the BOSE Trademarks; and/or

G. using, operating, controlling, or owning any Internet domain name, or possessing, operating, or owning a website(s) that includes any of the BOSE Trademarks.

3. <u>FORFEITURE</u>. Within ten days of this Order, Defendant is ordered to deliver, at her own expense, to Plaintiff's counsel for destruction all alleged infringing products bearing the BOSE Trademarks to the extent that any of these items are in Defendant's possession, custody or control.

4. NOTICE. Plaintiff shall immediately serve Defendant a copy of this ORDER, via overnight delivery, at 101 West Mission Boulevard, #110-144, Pomona, California 91766, and by email to ctianjing19@gmail.com.

5. ENTRY OF PERMANENT INJUNCTION. The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendant Cui, and, pursuant to Federal Rule of Civil Procedure 54(c), the Court directs immediate entry of this Permanent Injunction against Defendant Cui.

6. NO APPEALS AND CONTINUING JURISDICTION. No appeals shall be taken from this Permanent Injunction against Defendant, and Plaintiff BOSE and Defendant waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendant, as well as any violations of the terms of the separate underlying Confidential Settlement Agreement, the Consent Judgment Against Defendant Tianjing Cui that may be filed and considered by this Court in the event Defendant breaches the Confidential Settlement Agreement, and documents thereto between the Parties and supporting documents thereto between the Parties.

**IT IS SO ORDERED.**

Date: July 15, 2026

John A. Kronstadt
United States District Judge