Christopher Q. Pham, SBN: 206697
E-mail: cpham@criterioncounsel.com
Marcus F. Chaney, SBN: 245227
E-mail: mchaney@criterioncounsel.com
CRITERION COUNSEL, LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
BOSE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BOSE CORPORATION, a Delaware Corporation,

Plaintiff,

v.

MEGA FULLER CORP., a California Corporation; et al.

Defendants.

Case No.: 2:25-cv-11493 JAK (MARx)

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT MEGA FULLER CORP.**

[Fed. R. Civ. P. 55(b)(2)]

**Hearing Date**: October 26, 2026
**Time**: 8:30 A.M.
**Courtroom**: 10C

**Judge**: Hon. John A. Kronstadt

PLEASE TAKE NOTICE that on Monday, October 26, 2026 at 8:30 A.M., or as soon thereafter as this matter may be heard in Courtroom 10C of the above-entitled Felicitas and Gonzalo Mendez United States Courthouse located at 350 West First Street, Los Angeles, California 90012, Plaintiff Bose Corporation will present its motion for default judgment by the Court against Defendant Mega

Fuller Corp. for three times profits, reasonable attorneys' fees and injunctive relief. This motion is made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") which provides for a court ordered default judgment following entry of default by the court clerk under Fed. R. Civ. P. 55(a), and pursuant to 15 United States Code ("U.S.C.") §§1114, 1116(a), and 1117(b).

This motion is based upon this Notice of Motion and Motion for Default Judgment by the Court against Defendant Mega Fuller Corp., the Memorandum of Points and Authorities filed in support, the Declaration of Eric Caron with **Exhibits 1 - 2** in support, the Declaration of Marcus F. Chaney with **Exhibits 3 - 19** in support, and the papers and records on file herein, and upon such oral and documentary evidence as may be presented at the hearing of this matter.

Dated: September 1, 2026 CRITERION COUNSEL, LAW CORPORATION

By: __/s/_Marcus F. Chaney________
Marcus F. Chaney, Esq.

Attorneys for Plaintiff
BOSE CORPORATION

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Criterion Counsel, Law Corporation, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, California 91367. On September 1, 2026, the following document was served in the manner and to the recipient(s) set forth below:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT MEGA FULLER CORP.**

[Fed. R. Civ. P. 55(b)(2)]

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☑ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

TIANJING CUI
101 W MISSION BLVD STE 110 #144
POMONA, CA 91766

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

☑ BY E-MAIL / ELECTRONIC DELIVERY - by causing such document(s) to be transmitted by electronic.

E-mail: CTIANJING19@GMAIL.COM
E-mail: YLC@DETERNAL.COM

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I am a member of the bar of this court at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026 at Woodland Hills, California.

/s/
Marcus F. Chaney