Christopher Q. Pham, SBN: 206697
E-mail: cpham@criterioncounsel.com
Marcus F. Chaney, SBN: 245227
E-mail: mchaney@criterioncounsel.com
CRITERION COUNSEL, LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
BOSE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BOSE CORPORATION, a Delaware Corporation,

Plaintiff,

v.

MEGA FULLER CORP., a California Corporation; et al.

Defendants.

Case No.: 2:25-cv-11493 JAK (MARx)

**DECLARATION OF ERIC CARON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT MEGA FULLER CORP. WITH EXHIBITS 1 - 2**

**Hearing Date**: October 26, 2026
**Time**: 8:30 A.M.
**Courtroom**: 10C

**Judge**: Hon. John A. Kronstadt

I, Eric Caron, declare as follows:

1. I am a Manager of Global Security Intelligence Investigations and Operations for Plaintiff Bose Corporation ("Bose") who is my employer. The following is within my personal knowledge and if called upon as a witness, I could and would competently testify thereto.

2. In my role at Bose, I am responsible for the management and oversight of our Global Counterfeit Investigations program including investigating customer reports of counterfeit purchases and assisting global customs agencies with the identification of counterfeit products. I have worked with and trained dozens of law enforcement agencies at both the local and federal level with the identification of counterfeit product. In my role I also oversee our eCommerce fraud program and have established our cargo theft and grey market programs.

3. On or about May 21, 2025, I requested information from eBay, Inc. ("eBay") in connection with Bose's regulatory investigation of eBay User ID "ctjginger."

4. On or about May 22, 2025, eBay provided me with an Excel file (workbook) in connection with eBay User ID "ctjginger". The workbook I received included two separate worksheets entitled "**Report Overview**" and "**AllItemsListedWithBuyers**." True and correct copies of each separate worksheet, converted to PDF, are attached hereto as **Exhibits 1 - 2**, respectively.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 29th day of August 2026, at Framingham, Massachusetts.

*Eric Caron*
Eric Caron

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Criterion Counsel, Law Corporation, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, California 91367. On September 1, 2026, the following document was served in the manner and to the recipient(s) set forth below:

**DECLARATION OF ERIC CARON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT MEGA FULLER CORP. WITH EXHIBITS 1 - 2**

☑ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

TIANJING CUI
101 W MISSION BLVD STE 110 #144
POMONA, CA 91766

☑ BY E-MAIL / ELECTRONIC DELIVERY - by causing such document(s) to be transmitted by electronic.

E-mail: CTIANJING19@GMAIL.COM
E-mail: YLC@DETERNAL.COM

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I am a member of the bar of this court at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026 at Woodland Hills, California.

/s/
Marcus F. Chaney